IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| ANTHONY SANDERS | § | |
| VS. | § | CIVIL ACTION NO. 5:13cv57 |
| WARDEN S. YOUNG | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Anthony Sanders, an inmate confined at the Federal Correctional Institution in Texarkana, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Caroline M. Craven, United States Magistrate Judge, at Texarkana, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends petitioner's motion to proceed *in forma pauperis* should be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** that petitioner's motion to proceed *in forma pauperis* is **DENIED**. Petitioner shall pay the filing fee of $5.00 within thirty (30) days from the date of this order.

It is SO ORDERED.

SIGNED this 29th day of August, 2014.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE